UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLBRIN K. MAHAN,

        Plaintiff,

     v.

JOSEPH A. KATZ,

        Defendant.

No. 2:25-cv-03407-DC-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 2, 4)

Plaintiff Colbrin K. Mahan, a county jail inmate proceeding *pro se* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2025, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. No. 2.) On December 2, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's motion to proceed *in forma pauperis* be denied and Plaintiff's complaint be dismissed without leave to amend for failure to state a claim. (Doc. No. 4.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (*Id.* at 4.)

On December 11, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 6.) The court reviewed Plaintiff's objections and finds they do not provide a basis upon

1

which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed on December 2, 2025 (Doc. No. 4) are ADOPTED in full;

2.    Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3.    Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend for failure to state a claim; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 9, 2026**

Dena Coggins
United States District Judge

2